IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

LISA JONES and THOMAS JONES,
Husband and Wife,

    Plaintiffs,

vs.

ARAMARK SPORTS AND ENTERTAINMENT, LLC, JOHN DOES 1-5 (as owners, maintainers and controllers of the property) and ABC CORPS 1-5 (as entities who own maintain and control the property),

    Defendants.

CIVIL ACTION NO.

## NOTICE OF REMOVAL

AND NOW comes the defendant Aramark Sports and Entertainment Group, LLC for the purpose only of removing the cause to the United States District Court for the District of New Jersey, and respectfully avers as follows:

1. This is a civil action filed and now pending in the Superior Court of New Jersey, Camden County, Law Division, Docket No. CAM-L-4665-14.

2. This action was instituted in the Superior Court of New Jersey, Law Division, Camden County on December 8, 2014 by filing a Complaint.

3. Aramark Sports and Entertainment Group, LLC files its Notice of Removal pursuant to 28 U.S.C. § 1446.

4. A copy of the Complaint was received Aramark Sports and Entertainment Group, LLC on December 16, 2014 and, therefore, its Notice of Removal is timely. A copy of the Complaint is attached hereto and marked Exhibit "A".

5. Aramark Sports and Entertainment Group, LLC has not received any demands nor made any offers in this case.

6. Undersigned counsel has a good faith belief that the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs based on plaintiff's complaint that she "has suffered severe and permanent personal injuries, and has otherwise been damaged". See Exhibit "A", Complaint, Count One, ¶6.

7. This is a suit of a civil nature and involves a controversy between citizens of different states.

8. At the time of institution of this lawsuit, plaintiffs were citizens of the State of New Jersey.

9. Defendant Aramark Sports and Entertainment Group, LLC is not a citizen of New Jersey. A corporation is a citizen of the state where it is incorporated and the state where its principle place of business is located. A limited liability company is treated as a citizen of the states where its members are citizens.

10. Aramark Sports and Entertainment Group, LLC is a limited liability company organized under the laws of the State of Delaware and with its principle place of business in the Commonwealth of Pennsylvania.

11. Counsel for defendant Aramark Sports and Entertainment Group, LLC has simultaneously with the filing of this Notice of Removal given written notice to plaintiff.

12. Aramark Sports and Entertainment Group, LLC is also filing a copy of the this Notice of Removal and all attachments thereto with the Clerk of the Superior Court of New Jersey, Camden County.

WHEREFORE, Aramark Sports and Entertainment Group, LLC hereby removes this suit to this Honorable Court pursuant to the laws of the United States in such cases made and provided.

BENNETT, BRICKLIN & SALTZBURG LLC

BY: _____

MICHAEL DOLICH
Attorney for Defendant
Aramark Sports and Entertainment Group, LLC
6000 Sagemore Drive, Ste. 6103
Marlton, NJ 08053
(856) 751-5281

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

LISA JONES and THOMAS JONES, Husband and Wife,

    Plaintiffs,

vs.

ARAMARK SPORTS AND ENTERTAINMENT, LLC, JOHN DOES 1-5 (as owners, maintainers and controllers of the property) and ABC CORPS 1-5 (as entities who own maintain and control the property),

    Defendants.

CIVIL ACTION NO.

## NOTICE TO PLAINTIFF

TO:    John D. Borbi, Esquire
Borbi, Clancy & Patrizi, LLC
999 Route 73 North, Suite 103
Marlton, NJ 08053

Please take notice that defendant Aramark Sports and Entertainment Group, LLC by its attorneys, Bennett, Bennett & Saltzburg LLC, have filed a Notice of Removal in the United Stated District Court for the District of New Jersey removing to that Court a civil action previously pending in the Superior Court of New Jersey, Law Division, Camden County, entitled Jones v. Aramark Sports and Entertainment, LLC, Docket No. CAM-L-4665-14.

BENNETT, BRICKLIN & SALTZBURG LLC

BY: _____
MICHAEL DOLICH
Attorney for Defendant
Aramark Sports and Entertainment Group, LLC
6000 Sagemore Drive, Ste. 6103
Marlton, NJ 08053
(856) 751-5281

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

LISA JONES and THOMAS JONES, Husband and Wife,

    Plaintiffs,

vs.

ARAMARK SPORTS AND ENTERTAINMENT, LLC, JOHN DOES 1-5 (as owners, maintainers and controllers of the property) and ABC CORPS 1-5 (as entities who own maintain and control the property),

    Defendants.

CIVIL ACTION NO.

## PROOF OF FILING

STATE OF NEW JERSEY      :
                              §
CAMDEN COUNTY           :

Michael Dolich, being duly sworn according to law, deposes and says that he is a member of the law firm of Bennett, Bricklin & Saltzburg LLC, attorneys for the defendant Aramark Sports and Entertainment Group, LLC, and that he did direct the filing with the Clerk of the Superior Court of New Jersey, Camden County, a copy of the Notice of Removal, attached hereto, to be made on January 9, 2015.

BENNETT, BRICKLIN & SALTZBURG LLC

BY: _____
MICHAEL DOLICH
Aramark Sports and Entertainment Group, LLC
6000 Sagemore Drive, Ste. 6103
Marlton, NJ 08053
(856) 751-5281

Sworn to and subscribed
before me this 9th day
of January, 2015.

_____
NOTARY PUBLIC
LISA LORENZO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 3/14/2017

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISA JONES and THOMAS JONES, Husband and Wife,<br><br>  Plaintiffs,<br><br>vs.<br><br>ARAMARK SPORTS AND ENTERTAINMENT, LLC, JOHN DOES 1-5 (as owners, maintainers and controllers of the property) and ABC CORPS 1-5 (as entities who own maintain and control the property),<br><br>  Defendants. | CIVIL ACTION NO. |

## PROOF OF SERVICE

STATE OF NEW JERSEY          :
                                                  §
CAMDEN COUNTY               :

Michael Dolich, after being first duly sworn upon oath, deposes and says that he is a member of the law firm of Bennett, Bricklin & Saltzburg LLC, attorneys for the defendant Aramark Sports and Entertainment Group, LLC and that he did serve this 9th day of January 2015, the aforementioned Notice to plaintiff upon the individuals named below by facsimile and by depositing a copy of same in the

United States Post Office box, postage pre-paid, enclosed in envelopes plainly addressed to:

> John D. Borbi, Esquire
> Borbi, Clancy & Patrizi, LLC
> 999 Route 73 North, Suite 103
> Marlton, NJ 08053

BENNETT, BRICKLIN & SALTZBURG LLC

BY: _____
MICHAEL DOLICH
Attorney for Defendant
Aramark Sports and Entertainment Group, LLC
6000 Sagemore Drive, Ste. 6103
Marlton, NJ 08053
(856) 751-5281

Sworn to and subscribed
before me this 9th day
of January, 2015

_____
NOTARY PUBLIC

LISA LORENZO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 3/14/2017

# Exhibit A

CAMDEN COUNTY
SUPERIOR COURT
HALL OF JUSTICE
CAMDEN          NJ 08103

TRACK ASSIGNMENT NOTICE

COURT TELEPHONE NO. (856) 379-2200
COURT HOURS 8:30 AM - 4:30 PM

DATE:   DECEMBER 08, 2014
RE:     JONES VS ARAMARK SPORTS & ENTERTAINMENT LLC
DOCKET: CAM L -004665 14

THE ABOVE CASE HAS BEEN ASSIGNED TO: TRACK 2.

DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

THE PRETRIAL JUDGE ASSIGNED IS: HON MICHAEL J. KASSEL

IF YOU HAVE ANY QUESTIONS, CONTACT TEAM   202
AT: (856) 379-2200 EXT 3070.

IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH R.4:5A-2.

ATTENTION:

ATT: JOHN D. BORBI
BORBI CLANCY & PATRIZI LAW
525 ROUTE 73 NORTH
SUITE 103
MARLTON          NJ 08053

JUAXTS

Appendix XII-B1

# CIVIL CASE INFORMATION STATEMENT
## (CIS)

Use for Initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
Pleading will be rejected for filing, under *Rule* 1:5-6(c),
if information above the black bar is not completed
or attorney's signature is not affixed

**FOR USE BY CLERK'S OFFICE ONLY**
PAYMENT TYPE: ☐ CK ☐ CG ☐ CA
CHG/CK NO.
AMOUNT:
OVERPAYMENT:
BATCH NUMBER:

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| VANESSA P. PATRIZI, ESQUIR | (856) 424-5400 | Camden |

| FIRM NAME (if applicable) | DOCKET NUMBER (when available) |
|---|---|
| BORBI, CLANCY & PATRIZI, LLC | L-4605-14 |

| OFFICE ADDRESS | DOCUMENT TYPE |
|---|---|
| 999 Route 73 North, Suite 103 | COMPLAINT AND JURY DEMAND |
| Marlton, New Jersey 08053 | JURY DEMAND ☒ YES ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| Lisa Jones and Thomas Jones, h/w, Plaintiffs | Lisa Jones and Thomas Jones, h/w v. Aramark Sports & Entertainment, LLC John Doe(s) 1-5, ets als |

| CASE TYPE NUMBER (See reverse side for listing) | HURRICANE SANDY RELATED? | IS THIS A PROFESSIONAL MALPRACTICE CASE? | ☐ YES ☒ NO |
|---|---|---|---|
| 605 | ☐ YES ☒ NO | IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. | |

| RELATED CASES PENDING? | IF YES, LIST DOCKET NUMBERS |
|---|---|
| ☐ YES ☒ NO | |

| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known) | ☐ NONE |
|---|---|---|
| ☐ YES ☒ NO | Sedgwick Claims Management Services, Inc. | ☐ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? | IF YES, IS THAT RELATIONSHIP: | | |
|---|---|---|---|
| ☐ YES ☒ NO | ☐ EMPLOYER/EMPLOYEE ☐ FAMILIAL | ☐ FRIEND/NEIGHBOR ☐ BUSINESS | ☐ OTHER (explain) |

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? | ☐ YES ☒ NO |
|---|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

FILED DEC -8 2014

| ♿ DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| ☐ YES ☒ NO | |

| WILL AN INTERPRETER BE NEEDED? | IF YES, FOR WHAT LANGUAGE? |
|---|---|
| ☐ YES ☒ NO | |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE: *[signature]*

Effective 08-19-2013, CN 10517-English                                                                    page 1 of 2

LAW OFFICES
BORBI, CLANCY & PATRIZI, LLC
John D. Borbi, Esquire  ID#021521990
999 Route 73 North, Suite 103
Marlton, New Jersey 08053
(856) 424-5400
Attorneys for Plaintiff

FILED DEC - 8 2014

| | |
|---|---|
| LISA JONES AND THOMAS JONES, Husband and Wife,<br><br>Plaintiff,<br>vs.<br><br>ARAMARK SPORTS & ENTERTAINMENT, LLC, JOHN DOE(S) 1-5 (as owners, maintainers and controllers of the property) and ABC CORPS 1-5 (as entities who own, maintain and control the property).<br><br>Defendant. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>CAMDEN COUNTY<br><br>Docket No.: L-4665-14<br><br>Civil Action<br><br>COMPLAINT AND JURY DEMAND |

Plaintiffs, Lisa Jones and Thomas Jones, residing at 427 Saratoga Drive, Cherry Hill, New Jersey State of New Jersey, by way of Complaint says that:

### COUNT ONE

1. On or about June 8, 2013, plaintiff Lisa Jones, was an customer/patron/business invitee and/or was otherwise permitted on the retail establishment of the Defendants, Aramark Sports & Entertainment, LLC, John Does 1-5 (owners, maintainers and controllers of the property) and ABC Corps. 1-5 (as entities who own, maintain and control the

property) located at Lincoln Financial Field, 1020 Pattison Avenue, Philadelphia, Pennsylvania.

2. Defendant, Aramark Sports & Entertainment, LLC, is a company and/or business entity licensed and/or authorized to do business in the State of New Jersey, and maintains offices and business in the County of Camden.

3. At said time and place, the property in question was owned, controlled, managed and/or maintained by the Defendants, Aramark Sports & Entertainment, LLC, John Does 1-5 (owners, maintainers and controllers of the property) and ABC Corps. 1-5 (as entities who own, maintain and control the property)

4. At said time and place, the Defendants, Aramark Sports & Entertainment, LLC, negligently, recklessly and carelessly maintained their premises so as to allow a dangerous condition to exist and/or otherwise created a hazardous and dangerous condition to exist which caused serious personal injuries to the Plaintiff, Lisa Jones.

5. At said time and place, the Defendants, Aramark Sports & Entertainment, LLC, negligently, recklessly and carelessly failed to make reasonable inspections of the property, failed to warn its invitees and customers of the existence of a dangerous condition, failed to correct a known dangerous condition or take reasonable steps to protect the Plaintiff from injury on the premises and was otherwise negligent with regard to said property, resulting in Plaintiff being injured.

6.  As a direct and proximate result of said negligence, carelessness and recklessness of the Defendants, Aramark Sports & Entertainment, LLC, Plaintiff, Lisa Jones, sustained severe and permanent personal injuries, and has otherwise been damaged.

WHEREFORE, Plaintiff, Lisa Jones, demands judgment against Defendants, Aramark Sports & Entertainment, LLC, for such sum as would reasonably and properly compensate her in accordance with the laws of the State of New Jersey, together with interest and costs of suit.

## COUNT TWO

1.  Plaintiff hereby repeats each and every allegation contained in Count One of this Complaint and incorporates same herein for the sake of brevity.

2.  Defendants, John Doe(s) 1-5 are persons or entities whose identity is unknown at this time who either own, control or maintain the premises located at Lincoln Financial Field, 1020 Pattison Avenue, Philadelphia, Pennsylvania, including the subject location of plaintiff's injury.

3.  Defendants, John Doe(s) 1-5, negligently and carelessly created and/or allowed a dangerous condition to exist on the premises located at Lincoln Financial Field, 1020 Pattison Avenue, Philadelphia, Pennsylvania, causing the plaintiff, Lisa Jones, to sustain personal injuries.

4. Defendants, John Doe(s) 1-5, failed to keep the premises in a safe condition, failed to warn plaintiff of said unsafe condition, negligently failed to conduct reasonable inspections of the premises and further, failed to correct a known dangerous condition or take reasonable steps to protect the plaintiff from injury or said premises.

WHEREFORE, the plaintiff Lisa Jones, demands judgment against defendants, John Does 1-5 John Does 1-5 (owners, maintainers and controllers of the property) for such sum as would reasonably and properly compensate her in accordance with the laws of the State of New Jersey, together with interest and costs of suit.

## COUNT THREE

1. Plaintiff hereby repeats each and every allegation contained in Count One and Count Two of this Complaint and incorporates same herein for the sake of brevity.

2. Defendants, ABC Corps. 1-5 (as entities who own, maintain and control the property whose identity is unknown at this time who either own, control or maintain the premises located at Lincoln Financial Field, 1020 Pattison Avenue, Philadelphia, Pennsylvania, including the subject location of plaintiff's injury.

3. Defendants, ABC Corps. 1-5 (as entities who own, maintain and control the property) negligently and carelessly created and/or allowed a dangerous condition to exist on the premises of Lincoln Financial Field,

    1020 Pattison Avenue, Philadelphia, Pennsylvania, Inc. causing the plaintiff, Lisa Jones, to sustain personal injuries.

4. Defendants, ABC Corps. 1-5 (as entities who own, maintain and control the property) failed to keep the premises in a safe condition, failed to warn plaintiff of said unsafe condition, negligently failed to conduct reasonable inspections of the premises and further, failed to correct a known dangerous condition or take reasonable steps to protect the plaintiff from injury or said premises.

WHEREFORE, the plaintiff Lisa Jones, demands judgment against defendants, ABC Corps. 1-5 (as entities who own, maintain and control the property ) for such sum as would reasonably and properly compensate her in accordance with the laws of the State of New Jersey, together with interest and costs of suit.

### COUNT FOUR

1. Plaintiff hereby repeats each and every allegation contained in Count One, Count Two, and Count Three of this Complaint and incorporates same herein for the sake of brevity.

2. As a result of the injuries sustained by Plaintiff, Lisa Jones, Plaintiff's husband, Thomas Jones, has suffered damages in that he has been and will be deprived of the aid, comfort, companionship, services and consortium of his wife.

WHEREFORE, the Plaintiff, Thomas Jones, demands judgment against Defendants, Aramark Sports & Entertainment, LLC, John Does 1-5 (owners, maintainers and controllers of the property) and ABC Corps. 1-5 (as entities who

own, maintain and control the property) located at Lincoln Financial Field, 1020 Pattison Avenue, Philadelphia, Pennsylvania, individually, jointly, severally and/or in the alternative, for such sum as would reasonably and properly compensate him in accordance with the laws of the State of New Jersey, together with interest ad costs of suit.

## COUNT FIVE

1. Plaintiff hereby repeats each and every allegation contained in Count One, Two, Three and Four of this Complaint and incorporates same herein for the sake of brevity.

WHEREFORE, the Plaintiffs, Lisa Jones and Thomas Jones, demand judgment against defendants, Aramark Sports & Entertainment, LLC, John Does 1-5 (owners, maintainers and controllers of the property) and ABC Corps. 1-5 (as entities who own, maintain and control the property), individually, jointly, severally and/or in the alternative, for such sum as would reasonably and properly compensate her in accordance with the laws of the State of New Jersey, together with interest and costs of suit.

BORBI, CLANCY & PATRIZI
Attorney for Plaintiff

By: _____
JOHN D. BORBI, ESQ.

Dated: 12/4/14

## DESIGNATION OF TRIAL COUNSEL

Pursuant to Rule 4:25-4, the undersigned attorneys for the plaintiffs, Lisa Jones and Thomas Jones, hereby designate John D. Borbi, Esquire as Trial Counsel.

BORBI, CLANCY & PATRIZI
Attorney for Plaintiff

Dated: 12/4/14

By: _____
JOHN D. BORBI, ESQ.

## DEMAND FOR JURY TRIAL

TAKE NOTICE that the plaintiffs, Lisa Jones and Thomas Jones, hereby demands a Trial by Jury on all issues in accordance with the Rules of this Court.

BORBI, CLANCY & PATRIZI
Attorney for Plaintiff

Dated: 12/4/14

By: _____
JOHN D. BORBI, ESQ.

## CERTIFICATION IN ACCORDANCE WITH RULE 4:5-1

Pursuant to Rule 4:5-1, it is hereby certified that, to the best of my knowledge, there are no other pending actions or proceedings involving the matter in controversy; none are contemplated and I do not presently know the identity of any other party who should be joined.

I certify that confidential personal identifiers have been redacted from documents now submitted to the Court and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).

BORBI, CLANCY & PATRIZI
Attorney for Plaintiff

By: _____
JOHN D. BORBI, ESQ.

Dated: 12/4/14